UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-60337-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARIA LYNN GONZALEZ,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Alicia M. Otazo-Reyes, on April 1, 2019. A Report and Recommendation was filed on April 12, 2019, [ECF No. 59], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 59] of United States Magistrate Judge Alicia M. Otazo-Reyes, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant with conspiracy to commit sex trafficking, in violation of Title 18, United States Code, Section 1594(c).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of April, 2019.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Otazo-Reyes
All Counsel Of Record